UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:12-cr-0008CMK

Laren A. Trelstad

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**
DATE: 6-25-12                       _____
                                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**
(X) Fine: $ 225.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 250.00 within by 8-1-12 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC~~
~~CENTRAL VIOLATIONS BUREAU (SA)~~
~~POST OFFICE BOX 740026~~
~~ATLANTA, GA 30374-0026~~

~~CLERK, USDC~~
~~1130 O STREET, RM 5000~~
~~FRESNO, CA 93721~~

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA  95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6-25-12                       _____
                                     U.S. MAGISTRATE JUDGE

Clerk's Office


PRINTED ON RECYCLED PAPER

EDCA-3